Nicholas J.P. Wagner, #109455
Wagner & Jones
The Atrium Building
1111 East Herndon Ave., Suite 317
Fresno, CA 93720 (559) 449-1800

Howard W. Foster, *pro hac vice* counsel
Johnson & Bell, Ltd.
33 W. Monroe, Suite 2700
Chicago, IL 60603 (312) 372-0770

Attorneys for Plaintiffs
(Additional Counsel listed on signature page)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| JOSE HERNANDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>LEO BALAKIAN, ANTHONY BALAKIAN AND VINCE BALAKIAN,<br><br>Defendant | Case No.: 1:06-cv-01383-OWW-DLB<br>Class Action<br>Jury Trial Demanded<br><br>PLAINTIFF'S REQUEST FOR A TWO-WEEK EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND ORDER |

**PLAINTIFF'S REQUEST FOR A
TWO-WEEK EXTENSION OF TIME TO
RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff, Jose Hernandez ("Hernandez"), by undersigned counsel, hereby submits his Request for a 14-day Extension of Time to File His Response Brief in Opposition to the Defendants' Motion to Dismiss (Court Document # 17). For the reasons set forth, Plaintiff's Request for an Extension of Time should be granted.

PDF created with pdfFactory trial version www.pdffactory.com

**I.    A TWO-WEEK EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO THE MOTION TO DISMISS WILL PREVENT EXPENDING UNNECESSARY TIME**

On December 5, 2006, the Balakians filed their Motion to Dismiss, which is set for hearing on January 8, 2007.  According to Rule 78-230 of the Local Rules, Plaintiff's Opposition Memorandum is currently due on December 22, 2006.  The parties have not yet had a Rule 26(f) conference.   On December 7, 2006, Plaintiff served Counsel for the Balakians with a Rule 11 Motion with respect to their Motion to Dismiss.  Pursuant to Rule 11, if the Balakians do not withdraw their Motion to Dismiss, Plaintiff cannot file his Motion with the Court until December 28, 2006.  Accordingly, Plaintiff requests a two-week extension (until January 5, 2007) to respond to the Motion to Dismiss, at which time Plaintiff will know whether the Balakians will be withdrawing their Motion to Dismiss. Moreover, the two-week extension will prevent Plaintiff from having to spend time responding to the Balakian's Motion if it will prove to be unnecessary.

PDF created with pdfFactory trial version www.pdffactory.com

**II.    CONCLUSION**

For the reasons stated herein, Plaintiff's Request for a two-week extension should be granted.

DATED:   December 19, 2006

                                             By <u>/s/ Howard W. Foster</u>

                                             Howard W. Foster
                                             Johnson & Bell, Ltd.
                                             33 W. Monroe St., Suite 2700
                                             Chicago, IL 60603

                                             Nicholas J.P. Wagner
                                             Wagner & Jones
                                             The Atrium Building
                                             1111 East Herndon Ave., Suite 317
                                             Fresno, CA 93720

                                             Michael Goldberg
                                             The Goldberg Law Firm
                                             925 N St., Suite 130
                                             Fresno, CA 93721

                                             Attorneys for Plaintiffs

PDF created with pdfFactory trial version www.pdffactory.com

Nicholas J.P. Wagner, #109455
Wagner & Jones
The Atrium Building
1111 East Herndon Ave., Suite 317
Fresno, CA 93720 (559) 449-1800

Howard W. Foster, *pro hac vice* counsel
Johnson & Bell, Ltd.
33 W. Monroe, Suite 2700
Chicago, IL 60603 (312) 372-0770

Attorneys for Plaintiffs
(Additional Counsel listed on signature page)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| JOSE HERNANDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>LEO BALAKIAN, ANTHONY BALAKIAN AND VINCE BALAKIAN,<br><br>Defendant | Case No.: 1:06-cv-01383-OWW-DLB<br>Class Action<br>Jury Trial Demanded<br><br>ORDER |

## **ORDER**

Upon consideration of Plaintiffs' Request for an Extension of Time, any opposition thereto, and for good cause shown, it is on this 21st day of December, 2006, hereby ORDERED that Plaintiffs' Response to Defendants' Motion to Dismiss will be due January 5, 2007. (Due to the Extension of time to file opposition, the hearing on the Motion to Dismiss will be CONTINUED to 1/29/07 at 10:00 a.m.)

                                        ___/s/ Oliver W. Wanger_____
                                        U.S. DISTRICT COURT JUDGE
                                        EASTERN DISTRICT OF CALIFORNIA

PDF created with pdfFactory trial version www.pdffactory.com