1

2

3

4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| 5  JOSE HERNANDEZ, individually and on behalf of all others similarly situated, | ) ) ) )   Case No.: 1:06-cv-01383-OWW-DLB |
| 6 | Class Action |
| 7  Plaintiff, | ) )   Jury Trial Demanded |
| vs. | ) |
| 8  LEO BALAKIAN, ANTHONY BALAKIAN AND VINCE BALAKIAN, | ) )   **ORDER TO RESCHEDULE** |
| 9 | ) )   **ORAL ARGUMENT** |
| 10  Defendants | ) ) ) |

5

6

7

8

9

10

JOSE HERNANDEZ, individually and on
behalf of all others similarly situated,

                    Plaintiff,
          vs.

LEO BALAKIAN, ANTHONY BALAKIAN
AND VINCE BALAKIAN,

                    Defendants

Case No.: 1:06-cv-01383-OWW-DLB
Class Action
Jury Trial Demanded

**ORDER TO RESCHEDULE
ORAL ARGUMENT**

11

12

## **ORDER TO RESCHEDULE ORAL ARGUMENT**

13

    It is hereby ordered that the oral argument on the Defendants' Motion to Dismiss,

14

which was previously scheduled for January 29, 2007 is rescheduled for February 5, 2007

15

16

at 10:00 a.m. before Judge Oliver W .Wanger.

17

DATED:   January 5, 2007

18

19

                    /s/ Oliver W. Wanger
                    Oliver W. Wanger
                    United States District Judge

20

21

22

23

24

25

26

27

28

ORDER                                                                    #1536970

-1-

PDF created with pdfFactory trial version www.pdffactory.com