UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

JOSE HERNANDEZ, individually and on behalf of others similarly situated,

Plaintiff,

v.

LEO BALAKIAN, ANTHONY BALAKIAN AND VINCE BALAKIAN,

Defendants.

No. 06-CV-1383(OWW)(DLB)

**ORDER**

Upon consideration of the Joint Request to Reschedule the Court's Rule 16 Conference, and for good cause shown, it is on this 17TH day of jANUARY, 2007, hereby

ORDERED that the Joint Request is GRANTED, and it is

FURTHER ORDERED that the Court shall set a new date for the Court's Rule 16 Conference at the hearing on Defendants' Motion to Dismiss and Plaintiff's Motion for Sanctions on February 5, 2007.

/s/ Oliver W. Wanger
U.S. DISTRICT COURT JUDGE
EASTERN DISTRICT OF CALIFORNIA

PDF created with pdfFactory trial version www.pdffactory.com