Jan L. Kahn - #55788
John V. Ohnstad, Jr. - #196242
KAHN, SOARES & CONWAY, LLP
219 N. Douty Street
Hanford, California  93230
Telephone: (559) 584-3337
Fax: (559) 584-3348

Monte B. Lake, *pro hac vice* counsel
Wendel V. Hall, *pro hac vice* counsel
SIFF, CERDA, & LAKE, LLP
1020 Sixteenth Street, N.W., Suite 200
Washington, D.C. 20036
Telephone: (202) 789-8644
Fax:  (202) 789-8634
Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| JOSE HERNANDEZ,<br><br>                              Plaintiff,<br><br>v.<br><br>LEO BALAKIAN, ANTHONY BALAKIAN AND VINCE BALAKIAN,<br><br>                              Defendants. | Class Action<br><br>No. 06-CV-1383(OWW)(DLB)<br><br>**ORDER REGARDING CLASS CERTIFICATION SCHEDULING and SETTING HEARING**<br><br>**HEARING DATE:**<br>**February 11, 2008 at 10:00 am**<br>**Before Judge Wanger** |

Having considered Plaintiff's Motion To Vacate The Class Certification Schedule, the Memorandum in Support of Plaintiff's Motion To Vacate The Class Certification Schedule, Defendants' Opposition to Plaintiff's Motion to Vacate The Class Certification Schedule, and having heard oral argument, it is, this 10th day of September 2007:

1

_____
ORDER REGARDING CLASS CERTIFICATION SCHEDULING

PDF created with pdfFactory trial version www.pdffactory.com

1  ORDERED: that Plaintiff's Motion to Vacate Class Certification Schedule shall be, and hereby is, GRANTED; and it is

FURTHER ORDERED: that Section IX(1) of the Court's Order of April 17, 2007 is vacated; and it is

FURTHER ORDERED: that the parties shall have through and including November 16, 2007 to complete discovery on class issues; and it is

FURTHER ORDERED: that Plaintiff shall file his motion for class certification on or before December 17, 2007; and it is

FURTHER ORDRERED: that Defendants shall file their opposition to Plaintiff's motion for class certification on or before January 25, 2008; and it is

FURTHER ORDERED: that the hearing on this motion is set for _February 11____, 2008 at 10:00 a.m.

SO ORDERED.

Dated: September 25, 2007

                /s/ OLIVER W. WANGER
                _____
                Oliver W. Wanger
                United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com