Jan L. Kahn - #55788
Rissa A. Stuart-Capshew - #166459
KAHN, SOARES & CONWAY, LLP
219 N. Douty Street
Hanford, California  93230
Telephone: (559) 584-3337
Fax: (559) 584-3348

Monte B. Lake, *pro hac vice* counsel
Wendel V. Hall, *pro hac vice* counsel
SIFF & LAKE, LLP
1020 Sixteenth Street, N.W., Suite 200
Washington, D.C. 20036
Telephone: (202) 457-7770
Fax:  (202) 457-7776
Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

JOSE HERNANDEZ,

                  Plaintiff,

v.

LEO BALAKIAN, *et al.*,

                  Defendants.

No. 06-CV-1383 (OWW) (DLB)

**ORDER OF DISMISSAL**

It appearing that the Plaintiff has failed to timely file a Second Amended Complaint, or otherwise file an amended First Amended Complaint, to substitute a suitable class representative in accordance with the Order of this Court entered March 19, 2008 [Docket No. 87] and that such Order specifically notified Plaintiff that failure to so amend the complaint as required would result in dismissal of the complaint without prejudice.  It is HEREBY ORDERED, ADJUDGED AND DECREED as follows:

PDF created with pdfFactory trial version www.pdffactory.com

1  Plaintiff's First Amended Complaint shall be, and hereby is, dismissed without prejudice
2  for failure to comply with the Order of the Court entered on March 19, 2008.

4  DATED: April 30, 2008

/s/ OLIVER W. WANGER
Oliver W. Wanger
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com